UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SARAH OCTETREE )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:23-CV-187-FL
MARTIN O'MALLEY, Commissioner of )
the Social Security Administration )
        Defendant. )
)

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's stipulation under the EAJA.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 23, 2024, that defendant pay to plaintiff $8,500.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on January 23, 2024, and Copies To:**
George C. Piemonte (via CM/ECF Notice of Electronic Filing)
Cassia Parson (via CM/ECF Notice of Electronic Filing)


January 23, 2024                PETER A. MOORE, JR., CLERK

                                       /s/ Sandra K. Collins
                                       (By) Sandra K. Collns, Deputy Clerk